E-FILED
Wednesday, 21 July, 2010  03:33:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JAMISON J. SHEFTS, an Individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 10 CV 1104 |
| **v.** | ) | |
| | ) | |
| JOHN PETRAKIS, an Individual, | ) | |
| KEVIN MORGAN, an Individual, | ) | |
| and HEIDI HUFFMAN, an | ) | |
| Individual, | ) | |
| | ) | |
| Defendants. | ) | |

## **MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff, JAMISON J. SHEFTS ("Shefts"), by his attorneys, Elias, Meginnes, Riffle & Seghetti, P.C., and moves, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, for summary judgment against the Defendant JOHN PETRAKIS ("Petrakis") as to Counts I, II and III of the First Amended Verified Complaint, and against the Defendant HEIDI HUFFMAN ("Huffman") as to Counts I and III of the First Amended Verified Complaint.  In support hereof, Shefts submits the accompanying Memorandum of Law in Support of Motion for Summary Judgment, pursuant to Rule 7(D)(1) of the Rules of the United States District Court – Central District of Illinois, which, with documents attached thereto, shows that there is no genuine issue as to any material fact as relates to the First Amended Verified Complaint.

WHEREFORE, Shefts respectfully requests that this honorable Court award summary judgment against Huffman as to Counts I and III and against Petrakis as to Counts I, II and III of the First Amended Verified Complaint and award Shefts such other and further relief as may be deemed appropriate under the circumstances and such further relief as the Court deems just.

Respectfully submitted


By:      /s/ Robert M. Riffle
         Robert M. Riffle
         ELIAS, MEGINNES, RIFFLE & SEGHETTI, P.C.
         416 Main St., Suite 1400
         Peoria, IL 61602
         (309) 637-6000
         *Counsel for Plaintiff*


410-0729

## **PROOF OF SERVICE**

I hereby certify that on July 21, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> George Mueller
> Mueller Anderson, P.C.
> 609 Etna Road
> Ottawa, IL 61350

I also hereby certify that on <u>n/a</u>, 2010, I served a copy of the foregoing document on the following at the respective business addresses below by deposit in the U. S. Mail, postage prepaid, at Peoria, Illinois:

None.

_____/s/ Robet M. Riffle\_\_\_\_\_
Robert M. Riffle, Esq.
*Attorney for Plaintiff*
Elias, Meginnes, Riffle & Seghetti, P.C.
416 Main Street, Suite 1400
Peoria, IL 61602
Telephone:  (309) 637-6000
Facsimile:  (309) 637-8514
