IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

JAMISON J. SHEFTS, an Individual, )
)
    Plaintiff, )
) Case No. 10 CV 1104
v. )
)
JOHN PETRAKIS, an Individual, )
)
    Defendant. )

### AFFIDAVIT OF SHAWN PATTON

STATE OF ILLINOIS    )
    )  ss.
PEORIA COUNTY    )

    I, Shawn Patton, having first been duly sworn upon my oath, depose and state as follows:

1. I have specific knowledge of the facts set forth in this Affidavit.

2. I am a Systems Engineer at Integrated Computer Resources, a division of Klaus Radio, Inc. ("ICR").

3. In my capacity as a Systems Engineer at ICR, I provide computer services to Access2Go, Inc.

4. At the request of John Petrakis, I researched various spyware programs and the capabilities of various spyware products.

5. I sent John Petrakis information regarding various spyware programs, including Spector.

6. John Petrakis informed me that he had selected and purchased the Spector spyware program. He had purchased multiple licenses for this program.

7. John Petrakis and Heidi Huffman instructed me to install the Spector spyware in several computers in the Access2Go, Inc. offices. I understood that Heidi Huffman is John Petrakis's

assistant.

8. One of the computers which Mr. Petrakis and/or Ms. Huffman specifically instructed me to install the Spector spyware program on was the desktop computer of Jamison Shefts.

9. I showed John Petrakis and Heidi Huffman how to use the Spector spyware program and the exchange server to intercept emails which were being sent by and to Access2Go, Inc. employees, specifically including Jamison Shefts.

10. Mr. Petrakis requested that I create a "dummy account" to route all emails sent to or received by Jamison Shefts as they were being sent or received. I created this file, and set up the program to intercept all outgoing and incoming emails of Jamison Shefts. John Petrakis and Heidi Huffman had access to this "dummy account".

11. Subsequently, in approximately Spring or Summer of 2008 I was instructed to set up the exchange server to allow John Petrakis access to Access2Go, Inc. employee email accounts, including the account of Jamison Shefts.

12. Approximately two weeks ago, Heidi Huffman asked me to explain to her how she could access Jamison Shefts' email account through a new laptop computer which she had recently started to use. I walked her through the steps necessary to utilize her new laptop computer to access Jamison Shefts' email account.

13. In approximately the fall of 2009, John Petrakis informed me that they needed to do some "housecleaning". Mr. Petrakis asked me to transfer massive quantities of data and files from various computers and the server at Access2Go, Inc. onto thumb drives, and then delete the data and files from those computers. Mr. Petrakis and Heidi Huffman also asked me to show them how they could perform the transfer process on their own, which I did. Mr. Petrakis asked me how the data and files could be permanently deleted. I informed him that there were three steps

in the process. First, to export the data from email boxes. Second, to defragment the email database to remove the remnants of the files which had been exported. Third, to securely erase the free space on the mail server. He instructed me to perform these processes, and I did so. I believe that these processes successfully permanently removed a very large quantity of data from Access2Go, Inc.'s server.

14. At her request, I showed Heidi Huffman the utility I used to assure erasure of files and data.

15. I assisted Heidi Huffman, working with Blackberry text support, to enable logging of text messages, (saving copies of text messages) sent by employees of Access2Go, Inc., enabling John Petrakis to log in to view text messages sent by and to employees, including Jamison Shefts.

FURTHER AFFIANT SAYETH NOT.

_____
Shawn Patton

Subscribed and sworn to before me
this 3rd day of May, 2010.

_____
Notary Public

My Commission Expires: _____3-31-13_____
410-0410



OFFICIAL SEAL
JANET M. ARVIDSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-31-2013