IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JAMISON J. SHEFTS, an Individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 10 CV 1104 |
| v. | ) |
| | ) |
| JOHN PETRAKIS, an Individual, | ) |
| KEVIN MORGAN, an Individual, | ) |
| and HEIDI HUFFMAN, an Individual, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT MORGAN'S MOTION TO STRIKE ALLEGATIONS RECITING PRIVILEGED COMMUNICATIONS & MOTION TO STRIKE STATE COURT ALLEGATIONS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS**

Defendant KEVIN MORGAN, by his attorney J. Reed Roesler of Davis & Campbell L.L.C., requests the entry of an order pursuant to FRCP Rule 12(f):

a. striking Paragraphs 51 & 52 of the pending complaint because they allege the existence of communications protected by the joint defense attorney-client privilege that are immaterial and impertinent to the claims asserted in the complaint; and

b. striking Paragraphs 50 through 62 of the pending complaint because those allegations concern discovery disputes in a parallel state court lawsuit that are immaterial and impertinent to the claims asserted in the complaint and serve no purpose but to make scandalous, prejudicial attacks on Morgan's character.

In the alternative, if Morgan's motion to strike Paragraphs 50 through 62 is denied, Morgan requests the entry of an order staying these federal court proceedings, pursuant to the Colorado River doctrine, until the conclusion of the parallel state court lawsuit. A supporting Memorandum of Law is filed contemporaneously with this Motion.

1

Respectfully submitted,

By: /s/ J. Reed Roesler
J. Reed Roesler
Davis & Campbell L.L.C.
401 Main Street, Suite 1600
Peoria, IL 61602
Tele: (309) 673-1681
Fax: (309) 673-1690
jrroesler@dcamplaw.com

00025326.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JAMISON J. SHEFTS, an Individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN PETRAKIS, an Individual, )<br>KEVIN MORGAN, an Individual, )<br>and HEIDI HUFFMAN, an )<br>Individual, )<br>)<br>Defendant. ) | Case No. 10 CV 1104 |

**CERTIFICATE OF SERVICE**

I certify that on August 23, 2010, the foregoing Defendant Morgan's Motion to Strike Allegations Reciting Privileged Communications & Motion to Strike State Court Allegations or, in the Alternative, to Stay Proceedings was electronically filed with the Clerk of the Court using the CM/ECF System upon:

Lane G. Alster
Elias, Meginnes, Riffle & Seghetti, P.C.
416 Main Street, Suite 1400
Peoria, Il 61602
lalster@emrslaw.com
*Attorney for Plaintiff*

Robert M Riffle
Elias, Riffle, Meginnes & Seghetti, P.C.
416 Main Street, Suite 1400
Peoria, IL 61602
rriffle@emrslaw.com
*Attorney for Plaintiff*

George Mueller
Mueller Anderson PC
609 Aetna Road
Ottawa, IL 61350
George@muelleranderson.com

/s/  J. Reed Roesler
J. Reed Roesler
Davis & Campbell L.L.C.
401 Main Street, Suite 1600
Peoria, IL 61602
Tele: (309) 673-1681
Fax: (309) 673-1690
jrroesler@dcamplaw.com