E-FILED
Thursday, 27 January, 2011 04:55:34 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| JAMISON J. SHEFTS, *an individual* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 10-cv-1104 |
| JOHN PETRAKIS, *an individual*, ) | |
| KEVIN MORGAN, *an individual*, ) | |
| and HEIDI HUFFMAN, *an individual*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R  &  O P I N I O N

Before the Court is a Motion to Modify Subpoena Pursuant to Rule 45, filed by John Tandeski (Doc. 106). Tandeski asks that a subpoena served upon him by Defendants on January 14, 2011, for a deposition to be taken on January 28, 2011, be modified to strike unduly burdensome document requests. Upon review of the subpoena (Doc. 106-1), the Court finds that document requests 3, 4, 5, 6 and 7 are unduly burdensome. Accordingly, Tandeski's Motion to Modify (Doc. 106) is GRANTED and requests 3, 4, 5, 6 and 7 are STRICKEN. This ruling does not limit Defendants' ability to question Tandeski regarding the existence and substance of meetings, telephone conversations, and text messages between himself and Plaintiff, or any person associated with Plaintiff's counsel. IT IS SO ORDERED.

Entered this 27th day of January, 2011.

                                                                     s/ Joe B. McDade
                                                                     JOE BILLY McDADE
                                                United States Senior District Judge